UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Adam H. Nagle</u>

    v.                                      Civil No. 08-cv-445-JL

<u>NH State Prison , Warden, et al</u>

## <u>O R D E R</u>

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: Since his account is negative, no initial payment is due, but as soon as he has funds he must pay 20% of the previous month's new funds each month until the $350.00 fee is paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                                  /s/ James R. Muirhead
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: October 29, 2008

cc:   Adam H. Nagle
       Bonnie S. Reed, Financial Administrator
       NH State Prison, Inmate Accounts