UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Adam H. Nagle

        v.                                          Civil No. 08-cv-445-JL

NH State Prison, Warden et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 24, 2008, no objection having been filed.

SO ORDERED.

January 14, 2009

_____
Joseph N. Laplante
United States District Judge

cc:    Adam H. Nagle, Pro se
        Deborah B. Weissbard, Esq.