UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Adam H. Nagle</u>

        v.                        Civil No. 08-cv-445-JL

<u>NH State Prison</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 17, 2009, no objection having been filed.

SO ORDERED.

March 13, 2009                       _____
                                            Joseph N. Laplante
                                            United States District Judge

cc:    Adam H. Nagle, Pro se
       Deborah B. Weissbard, Esq.